450 A.2d 1065

Commonwealth v. Holland, Appellant.

Submitted May 4, 1982.

Ronald Segal, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.